Marc D. Haefner
Patrick S. Salamea
WALSH PIZZI O'REILLY FALANGA
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Ph:     973-757-1100

J. Stephen Simms (*pro hac vice* forthcoming)
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
Ph:   410-783-5795

*Counsel for Tradewinds Towing, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Tradewinds Towing, LLC, | Civil Action No. |
| Plaintiff, | |
| v. | **IN ADMIRALTY** |
| Schuyler Line Navigation Company, LLC, | |
| Defendant, | **PLAINTIFF'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** |
| and | |
| Oceanfirst Bank, National Association | *Filed Electronically* |
| Garnishee. | |

Plaintiff Tradewinds Towing, LLC ("Tradewinds") states that no publicly held corporation owns 10% or more of its stock.

Dated: September 20, 2024

WALSH PIZZI O'REILLY FALANGA LLP

 /s/ Marc D. Haefner
Marc D. Haefner
Patrick S. Salamea
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102

*Counsel for Plaintiff Tradewinds Towing, LLC*

OF COUNSEL:
J. Stephen Simms (*pro hac vice* forthcoming)
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Ph:  410-783-5795