UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Tradewinds Towing, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>Schuyler Line Navigation Company, LLC,<br><br>      Defendant,<br><br>and<br><br>Oceanfirst Bank, National Association<br><br>      Garnishee. | Civil Action No.<br><br>**IN ADMIRALTY**<br><br>*Filed Electronically* |

### ORDER GRANTING MOTION FOR APPOINTMENT FOR SERVICE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

Plaintiff, having moved for an Order pursuant to Supplemental Rule B(1)(d)(ii) appointing Marc D. Haefner, or any other qualified person appointed by him, to serve the process of maritime attachment and garnishment and any supplemental process in this matter, and it appearing that such appointment will result in substantial economies in time and expense,

NOW, on motion of Plaintiff, it is hereby,

ORDERED, that Marc D. Haefner, or any other person at least 18 years of age and not a party to this action, appointed by him be and hereby is appointed to

serve the Process of Maritime Attachment and Garnishment, and a copy of the Verified Complaint as issued in this case.

      SO ORDERED this ___ day of _____, 2024.

_____
Hon.