UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Tradewinds Towing, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>Schuyler Line Navigation Company, LLC,<br><br>      Defendant,<br><br>and<br><br>Oceanfirst Bank, National Association<br><br>      Garnishee. | Civil Action No. 3:24-cv-09343-RK-TJB<br><br>**IN ADMIRALTY**<br><br>**ORDER GRANTING *PRO HAC VICE* ADMISSION**<br><br>*Filed Electronically* |

THIS MATTER having been opened to the Court by Walsh Pizzi O'Reilly Falanga LLP, counsel for Plaintiff, Tradewinds Towing, LLC, upon application for the entry of an Order admitting *pro hac vice* J. Stephen Simms; and the Court having considered all papers filed in support of said application; and for good cause having been shown;

**IT IS** on this __8th__ day of __October__, 2024,

**ORDERED** that Plaintiff's application for the *pro hac vice* admission of J. Stephen Simms is hereby **GRANTED**; and it is further

**ORDERED** that J. Stephen Simms is hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing Plaintiff in this matter; and it is further

**ORDERED** that J. Stephen Simms shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that J. Stephen Simms shall, for the duration of the time that he serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that J. Stephen Simms shall notify the Court immediately of any disciplinary matter affecting their standing at the bar of any jurisdiction; and it is further

**ORDERED** that J. Stephen Simms shall have all pleadings, briefs and other papers filed with the Court in this matter signed by Marc D. Haefner or his partners or associates as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(3).

    **s/Tonianne J. Bongiovanni**
Honorable Tonianne J. Bongiovanni, U.S.M.J.

**[Docket Entry No. 6 is terminated.]**