UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

Tradewinds Towing, LLC

               Plaintiff(s).

**v.**

Schuyler Line Navigation Company, LLC

               Defendant(s)

**REQUEST BY LOCAL COUNSEL
FOR PRO HAC VICE ATTORNEY TO
RECEIVE ELECTRONIC
NOTIFICATION**

Civil Action No.  24-cv-9343-RK-TJB

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1.  An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.  If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

_____
Signature of Local Counsel

<u>PRO HAC VICE ATTORNEY INFORMATION</u>:

Name:  J. Stephen Simms

Address:  Simms Showers LLP

201 International Circle

Suite 230

Baltimore, MD 21030

E-mail:  jssimms@simmsshowers.com

(One email address only)